IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:10CR32 |
| | § | |
| NATHANIEL DELUIS (3) | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. Having reviewed the objections of Defendant and having considered the arguments made at the allocution hearing, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months, with one (1) year supervised release to follow. The Court further recommends that Defendant's term of imprisonment be carried out in the Bureau of Prisons institution located in Fort Worth, Texas, if appropriate.

**IT IS SO ORDERED.**

**SIGNED this the 11th day of December, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE