|                          |   |                   |
|--------------------------|---|-------------------|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CASE NO. 4:10CR032 |
| § | |
| NATHANIEL DELUIS § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore, **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.
It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of twelve (12) months, with a term of supervised release of twelve (12) months to follow. The Court further imposes special conditions to include: (1) Defendant will participate in any combination of psychiatric, psychological, or mental health treatment programs, and follow the rules and regulations of that program, until discharged; (2) Defendant will participate in a program of testing and treatment for drug abuse, and follow the rules and

regulations of that program, until discharged; (3) Defendant shall reside in a residential reentry center or similar facility, in a prerelease component for a period of 180 days to commence upon release from confinement and must observe the rules of that facility. Should Defendant obtain a residence approved by the probation officer during the 180 day placement, Defendant shall be released; (4) Results of the psychiatric evaluation conducted by the Bureau of Prisons shall be released to the mental health provider upon commencement of supervision; and (5) Defendant must discuss the results of the Bureau of Prisons psychiatric evaluation with the mental health provider during the initial visit.

The Court also recommends that Defendant be housed in the Bureau of Prisons Ft. Worth, Texas facility, if appropriate.

**IT IS SO ORDERED.**

SIGNED at Plano, Texas, this 15th day of September, 2017.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE