| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 4:10CR32 |
| | § | |
| NATHANIEL DELUIS (3) | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of twenty-four (24) months of imprisonment, with no supervised release to follow. All prior terms of supervised release shall be reimposed.

The Court also recommends that Defendant be housed in a Bureau of Prisons medical facility for drug treatment and psychiatric treatment, if appropriate.

**IT IS SO ORDERED.**

SIGNED at Plano, Texas, this 4th day of October, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE